Garish Sarin, Esquire, Law Offices of Garish Sarin, Los Angeles, CA, for Petitioner.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

### MEMORANDUM **

Misael Antonio Alvarado–Davila, a native and citizen of Nicaragua, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings and review de novo legal determinations. *Husyev v. Mukasey,* 528 F.3d 1172, 1177 (9th Cir.2008). We deny the petition for review.

Substantial evidence supports the agency's determination that Alvarado–Davila did not establish past persecution. *See Wakkary v. Holder,* 558 F.3d 1049, 1056 (9th Cir.2009) (harm to others must be closely tied to petitioner); *see also Gormley v. Ashcroft,* 364 F.3d 1172, 1177–78 (9th Cir.2004) (mere economic disadvantage or discrimination does not amount to persecution). Substantial evidence also supports the agency's determination that Alvarado–Davila does not have a well-founded fear of persecution on account of his family membership because his siblings, who are simi-

larly situated, live unharmed in Nicaragua. *See Santos–Lemus v. Mukasey,* 542 F.3d 738, 743 (9th Cir.2008).

To the extent the Alvarado–Davila contends the IJ failed to consider his fear of persecution on account of political opinion, independent of his social group claim, the contention is unexhausted. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir. 2004).

Petitioner's remaining challenges to the denial of his asylum claim are unavailing. Accordingly, his asylum claim fails.

### PETITION FOR REVIEW DENIED.

**James SINGH, Plaintiff–Appellant,**

v.

**CITY OF OAKLAND, CA Municipal Corporation, Defendant– Appellee.**

No. 09–17774.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2011.*

Filed April 26, 2011.

George M. Vlazakis, Esquire, Law Offices of George M. Vlazakis, Oakland, CA, for Plaintiff–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Randolph W. Hall, Esquire, Office of the City Attorney, Christopher Kee, John A. Russo, Esquire, William E. Simmons, Esquire, Jennifer Logue, Jennifer Nicole Matthews, Esquire, Oakland City Attorney's Office, Oakland, CA, for Defendant–Appellee.

Before: FERNANDEZ and RAWLINSON, Circuit Judges, and WELLS, Senior District Judge.**

## MEMORANDUM ***

James Singh appeals the district court's dismissal of his due process suit involving defendant City of Oakland's lien assessments against his real property, brought pursuant to 42 U.S.C. § 1983, for lack of subject-matter jurisdiction. Under the Tax Injunction Act, 28 U.S.C. § 1341, and the decisions in *Fair Assessment in Real Estate Ass'n, Inc. v. McNary,* 454 U.S. 100, 102 S.Ct. 177, 70 L.Ed.2d 271 (1981), and *Patel v. City of San Bernardino,* 310 F.3d 1138 (9th Cir.2002), federal subject-matter jurisdiction is lacking where, as here, the state provides a "plain, speedy and efficient remedy" for Mr Singh's due process claim. *Lowe v. Washoe County,* 627 F.3d 1151, 1155–56 (9th Cir.2010).

AFFIRMED.

See Fed. R.App. P. 34(a)(2).

** The Honorable Lesley Wells, Senior United States District Judge for the Northern District of Ohio, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.